UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMQUIP CRANE RENTAL LLC,

    Plaintiff,

vs.                               Case No.: 8:08-cv-1785-T-33TGW

BIG REDD CARTING, INC.,

    Defendant.
_____/

## ORDER

Plaintiff's Notice of Voluntarily Dismissal with Prejudice (the "Notice," Doc. 16) is before the Court for consideration. Plaintiff informs the Court that it is dismissing this case against Defendant, Big Redd Carting, Inc. and that the parties will each bear their own attorneys' fees and costs.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. Any pending motions are **DENIED** as **MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 29th day of July 2009.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:     Counsel of Record